IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO.: 3:03cv398

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| AMERICAN FREIGHTWAY SERVICES, INC., ) | |
| *et. al.,* ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the Court on Plaintiff Great American Insurance Company's Motion for Discharge and Memorandum of Law in Support of its Motion for Discharge, both of which were filed on January 31, 2005. (Docs. Nos. 21, 22). It appears that this matter is ripe and that no party has filed an opposition to the motion.

IT IS, THEREFORE, ORDERED that Plaintiff Great American Insurance Company's Motion for Discharge is GRANTED and Plaintiff is hereby DISMISSED from the above-captioned action with prejudice and shall be discharged from any liability under the Property Brokers Surety Bond that is the subject of this action.

IT IS SO ORDERED.

Signed: October 31, 2006

Frank D. Whitney
United States District Judge