IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:03cv398

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) |
| AMERICAN FREIGHTWAY SERVICES, INC.; AMERICAN TRANSPORT, INC.; THE BRADLEY FACTOR, INC.; BUCHANAN EXPRESS, INC.; DOWNING TRUCKING, INC.; EAGLE CARRIERS, LTD.; GENERAL TRANSPORT AND CONSULTANTS, INC.; GREAT LAKES TRANSPORTATION, INC.; R.A. GUILL & SONS, INC.; INTEGRITY EXPRESS, LLC; INTERLINK; LEEWAY TRANSPORTATION, INC.; LAND TRANSPORTATION, LLC; LONGHORN TRANSPORTATION SERVICE; MECCA & TRUCKING COMPANY, INC.; MCN TRUCKING, LLC; PACKARD TRANSPORT, INC.; PAYNE, INC.; QUALITY LOGISTICS, INC.; REALTY INVESTORS, INC. d/b/a RNI TRUCKING; SOUTHEAST LOGISTICS, INC.; SOUTHWEST REFRIGERATED SERVICES, INC.; SOVEREIGN LOGISTICS, LLP; SUPER SERVICE, INC.; T&M EXPRESS, INC.; TRANSPRO CARRIER, LLC; and TRUCK SERVICE, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

# J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of the Defendant Longhorn Transportation Service in the amount of One Thousand Two Hundred and Fifty Dollars ($1,250.00), with interest thereon at the prescribed statutory rate.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of the Defendant Mecca & Trucking Company, Inc. in the amount of Nine Hundred Dollars ($900.00), with interest thereon at the prescribed statutory rate.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of the Defendant Realty Investors, Inc. in the amount of One Thousand Seven Hundred and Five Dollars ($1,705.00), with interest thereon at the prescribed statutory rate.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Clerk of Court is **DIRECTED** to make disbursement of the interpleaded funds to the recipients named above in the prescribed amounts. The

remainder of the interpleaded funds shall remain deposited with the Clerk of Court in accordance with the provisions 28 U.S.C. §§ 2041 and 2042.

Signed: November 5, 2007

Martin Reidinger
United States District Judge